**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**JACKIE McLEOD,**                                :
**AIS 116274,**
                                        :
        **Petitioner,**
                                        :
**vs.**                                      **CA 09-0418-KD-C**
                                        :
**GRANTT CULLIVER,**
                                        :
        **Respondent.**

**ORDER**

After due and proper consideration of all portions of this file deemed

relevant to the issues raised, and there having been no objections filed, the

recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B)

and dated September 9, 2009 is **ADOPTED** as the opinion of this Court.

**DONE** this 7th day of October, 2009.


        s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**